UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No: SA CV 22-00095-DOC-(ADSx)      Date: May 10, 2022

Title: Kha Huy T. Nguyen v. Lieu Thu Trinh

---

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

| Dajanae Carrigan for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On April 29, 2022, an Order to Show Cause Re Dismissal for Lack of Prosecution [13] was issued, with a deadline of May 6, 2022. No response was filed.

Accordingly, the Court ORDERS that this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk: dca/kdu